# THE HARMAN FIRM, LLP

Attorneys & Counselors At Law
www.theharmanfirm.com

Walker G. Harman, Jr.
381 Park Avenue South, Suite 1220
New York, New York 10016
T: 212.425.2600 F: 212.202.3926
E: wharman@theharmanfirm.com

> The appl'n to adjourn the status conf. set for March 13, 2020, 10:00 am, is denied. All aspects of this case can then be discussed.
> 2-24-2020
> /s/ A.K. Hellerstein

February 20, 2020

**VIA ECF**
Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *Xiamin Zeng a/k/a Aimee Zane v. New York City Housing Authority*, 18 CV 12008

Dear Judge Hellerstein:

The parties respectfully submit this joint letter to request a 60-day extension of fact discovery, which is currently set to conclude on February 28, 2020, to adjourn the March 13, 2020 status conference, and to refer this case to Magistrate Judge Cott for a settlement conference.

The parties anticipate that they will be unable to complete fact discovery by its presently scheduled conclusion, as there are several outstanding depositions, and Plaintiff's counsel, Walker G. Harman, Jr., has been out of the country, and Defendant's counsel, Jane Lippman, will soon be periodically absent to care for an ill family member. The new deadline for the conclusion of fact discovery would be April 28, 2020. This is the parties' first request to extend fact discovery. There is a status conference scheduled before the Court on March 13, 2020, at 10:00 a.m.

We also respectfully request that the Court refer the parties to Magistrate Judge Cott for a settlement conference before the Court for the purposes of coming to a settlement agreement before the parties conclude discovery. The parties have discussed settlement and are now closer in terms of a settlement amount. The parties therefore believe that a settlement is possible under the facilitation of Magistrate Judge Cott, and respectfully request that the current status conference, set for March 13, 2020, be adjourned to another date and time after the parties have attended a settlement conference, in the event that the case does not result in a settlement.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2020
```

Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

_Walker G. Harman, Jr._
Walker G. Harman, Jr.
Edgar M. Rivera
THE HARMAN FIRM, LLP
381 Park Ave South, Suite 1220
New York, NY 10016
(212) 425-2600

*Attorneys for Plaintiff*

_Jane E. Lippman_
Jane E. Lippman
Nancy M. Harnett
New York City Housing Authority
250 Broadway
New York, NY 10007
(212) 776-5259

*Attorneys for Defendant*

cc: All Counsel of Record (via ECF)