UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------- x
XIAMIN ZENG a/k/a AIMEE ZANE,              :
                                            :
                        Plaintiff,          :     **ORDER**
                                            :
        -against-                           :     18 Civ. 12008 (AKH)
                                            :
NEW YORK CITY HOUSING AUTHORITY,            :
                                            :
                        Defendant.          :
                                            :
------------------------------------------------------------- x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-16-2020

ALVIN K. HELLERSTEIN, U.S.D.J.:

Today, March 13, 2020, I held a status conference in the above-captioned matter.

As discussed at today's status conference:

1. The oral motion for The Harman Firm, LLP to withdraw as counsel for the Plaintiff is granted.

2. If Plaintiff does not find new counsel within 60 days, she shall proceed with discovery *pro se*.

3. The parties shall appear for a status conference on September 18, 2020 at 10:00 a.m.

SO ORDERED.

Dated:   New York, New York
         March 16, 2020

_____
ALVIN K. HELLERSTEIN
United States District Judge