UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
XIAMIN ZENG a/k/a/ AIMEE ZANE, :
:
                      Plaintiff, : **ORDER REGULATING**
: **PROCEEDINGS**
   -against- :
: 18 Civ. 12008 (AKH)
NEW YORK CITY HOUSING AUTHORITY, :
:
                     Defendant. :
:
:
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On September 18, 2020, I held a status conference in the above-captioned matter.

As discussed at the status conference:

1. Written discovery shall be completed by October 16, 2020.

2. Depositions shall be completed by December 4, 2020.

3. The parties shall appear for a status conference on December 18, 2020, at 10:00 am. The Court will notify the parties at a later date whether such conference will be held telephonically or in-person.

4. There will be no adjournments.

       SO ORDERED.

Dated:    September 22, 2020                /s/ Alvin K. Hellerstein
              New York, New York          ALVIN K. HELLERSTEIN
                                                 United States District Judge