UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                                                              :
Xiamin Zeng aka Aimee Zane,                                   :
                                                              :   **ORDER**
                                            Plaintiff,        :   **CLARIFYING**
        -against-                                             :   **ORDER**
                                                              :
New York City Housing Authority,                             :   18 Civ. 12008 (AKH)
                                                              :
                                           Defendant.        :

-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Further to my order dated February 1, 2021, ECF No. 37, the status conference is hereby adjourned until May 14, 2021, at 10 am, will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the argument.

        Finally, no later than May 10, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    February 1, 2021        _____/s/_____
        New York, New York          ALVIN K. HELLERSTEIN
                             United States District Judge