# LAW OFFICES OF G. OLIVER KOPPELL & ASSOCIATES
99 Park Avenue – Suite 1100
New York, NY 10016
212-867-3838

| G. Oliver Koppell | Facsimile | of Counsel: |
|---|---|---|
| | (212) 681-0810 | Lorraine Coyle |
| Daniel F. Schreck | | Ruth Jin |
| Daniel Casados | Website: | |
| | www.koppellaw.com | |

April 13, 2021

Via ECF
The Honorable Judge Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York, 10007

The May 14 status conference is adjourned until June 11, 2021 at 10am.

So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
4/14/21

**Re**:   *Xiamin Zeng a/k/a v. New York City Housing Authority*
No. 18-CV12008 (AKH)(JLC)
Request to Reschedule Status Conference

Dear Judge Hellerstein:

I am counsel for Plaintiff Zeng, a/k/a Zane, in the above-referenced matter.

I write to you with Defendant's consent pursuant to the Court's Individual Rules to seek an adjournment of the May 14, 2021, status conference. I seek the adjournment because I have another status conference for a different case on the same date at the same time. I request that the Court select a new date and time for the conference to occur for when the Court is available, with the exception of May 21 or May 28, 2021, due to other scheduled conferences.

This is the Plaintiff's second request for an adjournment in this case. However, the first request, which was granted by the Court, was for an unrelated reason of extending the Plaintiff's time to complete discovery, which, has been completed.

Respectfully submitted,
/s/ *G. Oliver Koppell*
G. Oliver Koppell

Cc: Lauren Esposito, Esq., via ECF