# LAW OFFICES OF G. OLIVER KOPPELL & ASSOCIATES

*99 Park Avenue – Suite 1100*
*New York, NY  10016*
*212-867-3838*
____

| | | |
|---|---|---|
| **G. Oliver Koppell** | Facsimile | of Counsel: |
| ____ | (212) 681-0810 | Lorraine Coyle |
| **Daniel F. Schreck** | ____ | Ruth Jin |
| **Daniel Casados** | Website: | |
| | www.koppellaw.com | |

June 9, 2021

The June 11, 2021 conference is hereby adjourned until
July 2, 2021 at 10 am.
So ordered,
/s/ Alvin K. Hellerstein
Alvin K. Hellerstein
6/10/21

<u>Via ECF</u>
The Honorable Judge Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York, 10007

        **Re**:    *Xiamin Zeng a/k/a v. New York City Housing Authority*
                 <u>No. 18-CV12008 (AKH)(JLC)</u>
                 Request to Adjourn Status Conference

Dear Judge Hellerstein:

      I am counsel for Plaintiff Zeng, a/k/a Zane, in the above-referenced matter.

      I write to you with Defendant's consent pursuant to the Court's Individual Rules to seek an adjournment of the June 11, 2021, status conference. I seek the adjournment because of a scheduling conflict and to allow the parties more time to consider possible mediation and engage in possible settlement negotiations. I request that the Court reschedule the status conference to Friday, June 25, 2021, or to a date of the Court's preference.

      This is the Plaintiff's third request for an adjournment in this case. Both of the previous requests were granted by the Court. The first request was to extend Plaintiff's time to complete fact discovery, which since has been completed. The second adjournment request was due to a scheduling conflict.

                                          Respectfully submitted,
                                          /s/ *G. Oliver Koppell*
                                          G. Oliver Koppell

Cc: Lauren Esposito, Esq., via ECF