**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
XIAMIN ZENG a/k/a AIMEE ZANE,

|  |  |
|---|---|
| Plaintiff, | 18 **CIVIL** 12008 (AKH) |
| -against- | **JUDGMENT** |

NEW YORK CITY HOUSING AUTHORITY,

Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated January 3, 2022, Defendant's motion for summary judgment on Plaintiff's claims under Title VII and Section 1981 is granted. Judgment is entered in favor of Defendant, and the case is closed.

**Dated:**  New York, New York
        January 4, 2022

RUBY J. KRAJICK
_____
Clerk of Court

BY: _____
Deputy Clerk