Case 1:18-cv-12008-AKH Document 72 Filed 08/10/23 Page 1 of 1



**NEW YORK CITY HOUSING AUTHORITY**
**LAW DEPARTMENT**
90 CHURCH STREET, NEW YORK, NY 10007

NEW YORK CITY
HOUSING
AUTHORITY

http:/nyc.gov/nycha

**LISA BOVA-HIATT**
Chief Executive Officer

**DAVID ROHDE**
EVP of Legal Affairs and General Counsel

*The conf. is adjourned to Sept. 8, 2023, 10:10 am.*
*8-10-23*
*/s/ AKH*

August 10, 2023

*Via ECF and Fax (212-805-7942)*
The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York, 10007

    Re:   *Xiamin Zeng v. New York City Housing Authority*, No. 18-CV-12008 (AKH)
            Request to Adjourn the Telephonic Status Conference

Dear Judge Hellerstein:

    I am counsel for Defendant New York City Housing Authority ("NYCHA") in the above-referenced matter. I write to respectful request an adjournment of the telephonic status conference scheduled for August 23, 2023 as I am out of the office the week of August 21, 2023 on a previously scheduled vacation. This is NYCHA's first request for an adjournment of the telephonic status conference. Plaintiff's counsel consents to my request.

    I have consulted with Plaintiff's counsel and the parties are available the week of August 14, 2023 and the week of August 28, 2023, with the exception of August 16, 2023, August 30, 2023, and August 31, 2023.

                                                Respectfully submitted,

                                                Hanh H. Le

cc:     Kenneth F. McCallion, Attorney for Plaintiff (via ECF)

David Rohde, EVP of Legal Affairs and General Counsel, Law Department, Telephone (212) 306-3420